Matter of P.D. v R.C. (2024 NY Slip Op 03382)

Matter of P.D. v R.C.

2024 NY Slip Op 03382

Decided on June 20, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 20, 2024

Before: Renwick, P.J., Webber, Oing, Friedman, JJ. 

Index No. 100206/10 Appeal No. 8593 Case No. 2012-00866 

[*1]In the Matter of P.D., et al., Petitioners-Respondents,
v
R.C., Respondent-Appellant.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Ellen Gesmer, J.), entered on or about June 1, 2011,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 23, 2012,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 20, 2024